IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ANDREA CAROLINA HOYOS CABARCAS, §
A Number 245-819-191, §
§
 *Petitioner*, §
§
V. § CIVIL CASE NO. SA-26-CV-02540-FB
§
MIGUEL VERGARA, Field Office Director §
of Enforcement and Removal Operations, §
San Antonio Field Office, *et al.*, §
§
 *Respondents*. §

## ORDER OF DISMISSAL AND JUDGMENT

Before the Court is Respondents' Unopposed Motion to Dismiss Successive Petition, filed on April 28, 2026. (ECF No. 3). After careful consideration, the Court is of the opinion that the unopposed motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Respondents' Unopposed Motion to Dismiss Successive Petition (ECF No. 3) is GRANTED such that the above styled and numbered habeas petition is DISMISSED as SUCCESSIVE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of April, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE